No. 11–9078. MEEKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–9088. ROLLINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9090. COOK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9092. CURRY *v.* CARLTON, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.

No. 11–9095. TYSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9097. ZAMBRANO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9098. WHEELER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9099. VASQUEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–9108. BELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9109. BENNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9114. WHITE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9115. TOMKINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–734. TEXAS *v.* PHILLIPS. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–853. DENNEY, WARDEN *v.* GRIFFIN. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–948. TITAN MARITIME, LLC *v.* CAPE FLATTERY LTD. C. A. 9th Cir. Motions of Chicago International Dispute Resolution Association, Law Professors, California Bankers Association